## No. 5831.

CITIZENS' BANK VS. F. A. DUCROS. GIAVANOVICH AND JULIA AND
ALIDA LOMINAIS, INTERVENORS.

Where several notes are pledged to a bank to secure a debt, a part of them cannot be
withdrawn by persons claiming to be owners, until the whole debt for which they
were pledged is satisfied.

APPEAL from the Superior District Court of New Orleans. HAW-
KINS, J.

*Piltot* for plaintiff. *Johnson & Denis* for Giavanovich. *C. Hunt*
for the Lominais Sisters.

MARR, J., stated the case, which is a sequel to or branch of Gia-
vanovich *v.* Citizens' Bank, 26 La. Ann. 15, where the facts are
recited at length. The judgment of this court was for the plaintiff.